1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DONNA GUILLMENO, | ) CASE NO. ED CV 10-202-JVS (PJW) |
|---|---|
| Petitioner, | ) |
| | ) ORDER ACCEPTING REPORT AND |
| v. | ) RECOMMENDATION OF UNITED STATES |
| | ) MAGISTRATE JUDGE AND DENYING |
| RIVERSIDE SUPERIOR COURT, | ) CERTIFICATE OF APPEALABILITY |
| | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

Further, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right and, therefore, a certificate of appealability should not issue in this action. *See* 28 U.S.C.

§ 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

DATED:   June 23, 2010.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Guillmeno v. Riversid SC - Order accep R & R.wpd