UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONNA GUILLMENO, | ) | CASE NO. ED CV 10-202-JVS (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| RIVERSIDE SUPERIOR COURT, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 23, 2010.

*[signature]*

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Guillmeno v. Riverside SC - Judgment on R & R.wpd